IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VICI RACING, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. _____ |
| | ) | |
| v. | ) | |
| | ) | |
| T-MOBILE USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

For its Complaint against Defendant T-Mobile USA, Inc. ("T-Mobile"), Plaintiff VICI Racing, LLC ("VICI") states and alleges as follows:

### Parties

1. VICI is a Florida limited liability company with its principal place of business in Miami, Florida.

2. T-Mobile is a Delaware corporation with its principal place of business at 12920 SE 38th Street, Bellevue, Washington 48006.

### Jurisdiction and Venue

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332. The amount in controversy exceeds $75,000.00 exclusive of interest and costs, and complete diversity exists between VICI and T-Mobile.

4. Venue is proper pursuant to 28 U.S.C. § 1391(a) for the reason that the Agreement (as defined below) provides for exclusive jurisdiction in the federal or state court in Wilmington, Delaware.

## Factual Allegations

5. VICI is in the business of operating a racing team in the American LeMans racing series.

6. VICI and T-Mobile entered into a Sponsorship Agreement, dated March 30, 2009, whereby T-Mobile agreed to sponsor American LeMans series race cars operated by VICI in the 2009, 2010 and 2011 American LeMans series race seasons (the "Agreement")[1].

7. The Agreement states that T-Mobile shall make the following payments to VICI:

   1. $1,000,000.00 on or before April 1, 2009;
   2. $7,000,000.00 on or before January 1, 2010; and
   3. $7,000,000.00 on or before January 1, 2011.

8. Per the Agreement, VICI has displayed T-Mobile's logo/trademark on race cars operated by VICI in the American LeMans racing series.

9. Per the Agreement, VICI has displayed T-Mobile's logo/trademark on certain of its trailers and transporters, mechanic's uniforms, tool and equipment carts, and other promotional items.

10. VICI has displayed T-Mobile's logo/trademark at significant cost and expense to VICI, and substantial benefit to T-Mobile.

11. Despite demand by VICI, T-Mobile failed to pay the $7,000,000.00 payment due on or before January 1, 2010. Instead, after receiving the demand from VICI, T-Mobile repudiated the Agreement in its entirety.

12. T-Mobile is in default of the Agreement for failure to pay the $7,000,000.00 installment due on or before January 1, 2010, and for improperly repudiating/terminating the Agreement.

13. T-Mobile has refused to abide by any of its obligations under the Agreement beginning in 2010, including its obligations to indemnify VICI against claims arising from the

---

[1] VICI is in possession of the executed Agreement, and is ready, willing and able to attach the written Agreement to the complaint or file it with the Court. It has refrained from doing so in an abundance of caution to protect the confidentiality of the Agreement, but will file the written Agreement with the Court if ordered by the Court or requested by Defendant.

COMPLAINT.DOCX                                    2

breach of T-Mobile's representations and warranties under the Agreement or from the willful misconduct of T-Mobile's representations and warranties under the Agreement or from the willful misconduct of T-Mobile in connection with the performance of the Agreement.

14. By letter dated January 5, 2010, VICI advised T-Mobile of T-Mobile's default for failure to pay the $7,000,000.00 installment due on January 1, 2010. Attached hereto as Exhibit "A" is a true and correct copy of the Notice of Default.

15. VICI has fulfilled its duties and obligations under the Agreement.

16. All conditions precedent to this action have been fulfilled, excused or waived.

17. This action shall not constitute a waiver or release of T-Mobile's obligation to pay the $7,000,000.00 installment due on or before January 1, 2011.

### COUNT 1 – Breach of Contract

18. VICI incorporates by reference paragraphs 1 through 17 as if fully set forth herein.

19. Despite demand, T-Mobile has failed to pay the $7,000,000.00 installment due on or before January 1, 2010, and instead has repudiated the entire Agreement.

20. T-Mobile's failure to pay the $7,000,000.00 installment due on or before January 1, 2010 constitutes a breach of the Agreement.

21. T-Mobile's repudiation of all its obligations under the Agreement, including its obligations to indemnify VICI against claims arising from the breach of T-Mobile's representations and warranties under the Agreement, or from the willful misconduct of T-Mobile in connection with the performance of this Agreement, constitute further breaches of the Agreement. Such claims include, without limitation, indemnifiable claims made against VICI as a result of T-Mobile's refusal to abide by its sponsorship obligations under the Agreement, including claims by the German Volkswagen Group (Porsche Cars of North America and Porsche AG, Volkswagen of

America and Volkswagen AG, Audi of America and Audi AG), and other entities or persons with whom VICI had commitments for the 2010 and 2011 racing season.

22. The Agreement provides that in any dispute between VICI and T-Mobile, the prevailing party shall be entitled to recover from the other party all reasonable costs, including without limitation reasonable attorneys' fees.

23. T-Mobile is liable to VICI for all damages VICI suffers as a result of T-Mobile's breach of contract, including but not limited to compensatory and consequential damages, up to the aggregate payments payable under the Agreement.

WHEREFORE, for the foregoing reasons, VICI prays for judgment against T-Mobile in an amount of $14,000,000.00 or as proven at trial, together with pre-judgment interest, costs and reasonable attorney fees, and for such other and further relief as the Court deems necessary and proper.

DATED: September 30, 2010

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
Email: loizides@loizides.com

- and -

Claudio Riedi, Esquire
CLAUDIO RIEDI, P.A.
7700 N. Kendall Drive, Suite 307
Miami, FL 33156

*Counsel for VICI Racing, LLC*